# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

QFO LABS, INC.,

        Plaintiff,

v.

PARROT, INC., et al,

        Defendants.

Civil No. 16-3443 (JRT/HB)

**ORDER ON REPORT AND RECOMMENDATION**

Bryan Feldhaus, Phillip Cole, **LOMMEN ABDO, PA,** 1000 International Centre, 920 Second Avenue South, Minneapolis, MN 55402, Charles De La Garza, **THE LAW OFFICES OF CHAZ DE LA GARZA,** 900 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, for plaintiff,

Katherine Rahlin, Grant Fairbairn, **FREDRIKSON & BYRON, PA,** 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402-1425, James Glass, Matthew A. Traupman, **QUINN EMANUEL URQUHART & SULLIVAN, LLP,** 51 Madison Avenue, New York, NY 10010, for defendants.

A Report and Recommendation was filed by the Magistrate Judge on May 26, 2017. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendant Parrot Inc.'s Motion to Dismiss or, in the Alternative, Transfer or Stay [Doc. No. 14] is **GRANTED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 19, 2017
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court